WELLINGTON KENWELL, Appellant, v. CLARENCE F. LEE, as Supervisor of the Town of Inlet, Hamilton County, N. Y., and Others, Respondents.— Judgment appealed from modified in accordance with the decision in the appeal from the order determining the form of the judgment, and as so modified the judgment is affirmed, with costs to the defendants other than Clarence F. Lee, as supervisor of the town of Inlet, Hamilton county, N. Y., and B. J. Van Ingen & Company. Hill, P. J., McNamee, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents on grounds stated in his opinion in *Kenwell* v. *Lee* [See *post*, p. 896], decided herewith.

WELLINGTON KENWELL, Appellant, v. CLARENCE F. LEE, as Supervisor of the Town of Inlet, Hamilton County, N. Y., and Others, Respondents.— Judgment modified by striking therefrom paragraphs numbered fifth, sixth, eighth, ninth, tenth, eleventh, twelfth and thirteenth, and by adding thereto a new paragraph as follows: That plaintiff recover costs from all of the defendants except Clarence F. Lee, as supervisor of the town of Inlet, Hamilton county, N. Y., and B. J.

Van Ingen & Company, and as so modified affirmed, with costs to the defendants other than Clarence F. Lee, as supervisor of the town of Inlet, Hamilton county, N. Y., and B. J. Van Ingen & Company. Hill, P. J., McNamee, Bliss and Heffernan, JJ., concur; Rhodes, J., votes to modify the judgment in accordance with an opinion which, at his request, is not to be published because not of general interest.